**PAUL J. FISHMAN**
**United States Attorney**
**By: JORDAN M. ANGER**
**Assistant U.S. Attorney**
**970 Broad Street, Suite 700**
**Newark, NJ 07102**
**(973) 645-2829**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **Newark Violations Bureau,** | | |
| | : | **Hon.** |
| Plaintiff, | | |
| v. | : | Civil Action No. |
| **United States Postal Service**, | : | **NOTICE OF REMOVAL** |
| Defendant. | : | |

TO: Newark Violation Bureau
Municipal Court of Newark
31 Green Street
Newark, New Jersey 07102

Essex County Prosecutor's Office
Veteran's Courthouse
50 West Market Street
Newark, New Jersey 07102

Municipal Court of Newark
31 Green Street
Newark, New Jersey 07102

Defendant, the United States of America, acting on behalf of the United States Postal Service (hereinafter "Postal Service"), through its undersigned counsel, hereby removes this action pursuant to 28 U.S.C. § 1442(a)(1) and, in support thereof, states as follows:

1. The United States Postal Service is an agency of the federal government of the United States of America.

2. In this action, Plaintiff the Newark Violation Bureau, acting through the Newark Police Department ("Newark"), issued three separate "complaint-summons" to Manuel Lizardo, a Letter Box Mechanic for the Postal Service, on February 22, 2012, while he driving a Postal

Service Vehicle.  The complaint-summonses were issued while Mr. Lizardo was acting within the scope of his duty as an employee of the Postal Service.  Specifically, the complaint-summonses allege that: (1) the Postal Service vehicle was unregistered; (2) Mr. Lizardo failed to wear a seatbelt; and (3) was operating a cellphone.  As a result of this traffic stop, the Newark Police Department impounded the Postal Service vehicle.  The vehicle has since been retrieved by the Postal Service.

    3.  The United States, through Mr. Lizardo, was served with the complaint-summonses on Febtruary 22, 2012 by Newark Police Officer L. Oyola, badge # 7857.  Copies of the complaint-summonses are attached hereto as Exhibit 1.

    4.  This case presents a claim against an agency of the United States, in that the Postal Service is an agency of the federal government and its employee was acting within the scope of his employment, and thus is removable to the United States District Court under 28 U..C. § 1442(a)(1).  Specifically, Postal Service vehicles - as well as all vehicles owned and operated by the United States - need not register in the state in which they are operated.

    5.  With regard to the remaining complaint-summonses alleging failure to wear a seatbelt and operating a cellphone, as Mr. Lizardo was acting within the scope of his employment, this action is removable to the United States District Court under 28 U..C. § 1442(a)(1).  Further, this Court could exercise supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).  Specifically, all three complaint-summonses arise from the same incident and, therefore, are part of the same case and controversy.

    6.  As this removal is under 28 U.S.C. § 1442(a)(1), removal is proper without the need for the consent of any other party.  *Akin v. Ashland Chem. Co.*, 156 F.3d 1030, 1034 (10th

Cir.1998); Doe v. Kerwood, 969 F.2d 165, 168 (5th Cir.1992); *Ely Valley Mines, Inc. v. Hartford Accident and Indem. Co.*, 644 F.2d 1310, 1314-15 (9th Cir.1981); *Bradford v. Harding*, 284 F.2d 307, 310 (2d Cir.1960).

7. A copy of this Notice is being filed with the Municipal Court of Newark; copies are also being served on the plaintiff.

        PAUL J. FISHMAN
        United States Attorney

        */s / Jordan M. Anger*
        JORDAN M. ANGER
        Assistant U.S. Attorney

Dated: March 19, 2012

# EXHIBIT 1

NEWARK, NJ 07102

YOU ARE HEREBY SUMMONED TO APPEAR BEFORE THIS COURT TO ANSWER THIS COMPLAINT CHARGING YOU WITH THE OFFENSE LISTED:

DRIVER'S LICENSE NUMBER: B4767 51661 05762

EXP. DATE 8/13 STATE NJ ☐ Commercial License

THE UNDERSIGNED CERTIFIES THAT

Name: First Miguel Initial Last Egiao (Please Print)

Address: 130 3rd Avenue 1st Flr.

City: Newark State: NJ Zip Code: 07104 Telephone

Birth Date: 5/5/76 Eyes: BN Sex: M Weight Height: 5'8" Restrictions

DID UNLAWFULLY (PARK) (OPERATE) A

Make of Vehicle: Chevy Year: 04 Body Type: Van Color: White ☐ Commercial Vehicle ☑ Omnibus ☐ Hazardous Material ☐ Out of Service

Lic. Plate No.: N/A State: N/A Exp. Date: N/A

OFFENSE DATE: Month 2 Day 22 Year 12 Time Hour 11:30 AM/PM

LOCATION OF OFFENSE: Describe Location: Clifton Ave & Victoria Ave

Municipality: Newark County: Essex Mun. Code (Offense): 0714

AND DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE (ONE CHARGE PER COMPLAINT)

TRAFFIC OFFENSES - (check one) - TITLE 39:

- [1] 3-4 Unregistered vehicle
- [2] 3-29 Failure to exhibit documents ☐ D.L. or ☐ REG or ☐ INS
- [3] 3-33 Unclear plates
- [4] 3-66 Maintenance of lamps
- [5] 3-76.2f Failure to wear seatbelt
- [6] 4-81 Failure to observe signal
- [7] 4-85 Improper passing
- [8] 4-97 Careless driving
- [9] 4-124 Failure to turn
- [10] 4-144 Failure to stop or yield
- [11] 8-1 Failure to inspect
- [12] 8-4 Failure to make repairs
- [13] 4-98 Speeding ______ MPH in a ______ MPH zone

IN EXCESS OF SPEED LIMIT BY:

☐ 1-9 MPH ☐ 10-14 MPH ☐ 15-19 MPH ☐ 20-24 MPH ☐ 25-29 MPH ☐ 30-34 MPH
☐ 65 MPH Zone ☐ Safe Corridor ☐ Construction Zone

PARKING OFFENSE

☐ Overtime Meter No. ______ ☐ Prohibited Area ☐ Double

OTHER TRAFFIC / PARKING OFFENSE (Describe)

Using Cellphone w/operating M.V.

Statute No. 39:4-97.3 Ordinance Code No.

THE UNDERSIGNED FURTHER STATES THAT THERE ARE JUST AND REASONABLE GROUNDS TO BELIEVE THAT YOU COMMITTED THE ABOVE OFFENSE AND WILL FILE THIS COMPLAINT IN THIS COURT CHARGING YOU WITH THAT OFFENSE. Month 2 Day 22 Year 12

Signature of Complaining Witness: [signature] Officer's ID No. 7857

NOTICE TO APPEAR

☐ COURT APPEARANCE REQUIRED COURT DATE Month Day Year Time Hour AM PM

☐ Accident ☐ Property Damage ☐ Personal Injury ☐ Death/Serious Bodily Injury

CONDITIONS
AREA ☐ Business ☐ School ☑ Residential ☐ Rural
ROAD ☑ Dry ☐ Wet ☐ Snow ☐ Ice
TRAFFIC ☑ Light ☐ Medium ☐ Heavy ☐
VISIBILITY ☑ Clear ☐ Rain ☐ Snow ☐ Fog

Equipment ☐ Helicopter ☐ Pace ☐ Speed Measurement Device ☐ EBTD

Equipment Operator's Name Operator's ID No. Unit Code

COMPLAINT-SUMMONS UTT-1 (9-04)

P/O L. Ojeda 7857

NO PIP

"IMPORTANT"
FINE SCHEDULE AND WAIVER ON REVERSE SIDE
COMPLAINT-SUMMONS

No. AU 919137

DO NOT FOLD ENVELOPE

**1. PAYMENT AND GUILTY PLEA** **PLEASE READ CAREFULLY**

You may plead guilty and pay the penalty if the check box "Court Appearance Req[illegible]" on the reverse side and the offense is payable without the necessity of a court appearance. [illegible] offenses and penalties are listed below. You may also either sign on to www.njmcdirect [illegible] payable and the amount of the penalty or telephone court. If you wish to pay the penalty [illegible] ticket together with payment in the amount of the penalty to the court at the address indicated below prior to the court date displayed on the front of this ticket.

Payments by mail are to be by check or money order made payable to this Municipal Court. <u>Do not send cash.</u> ***Please print the ticket number on the front of the check or money order.*** If payment is received by the court after your court date, you may be assessed additional penalties. A receipt will be sent to you only if your payment is accompanied by a self-addressed stamped envelope.

**2. OFFENSE IS NOT PAYABLE OR COURT APPEARANCE REQUIRED**

If the offense charged on the reverse is not payable, or if "Court Appearance Required" (see check box on reverse side) is checked, you must appear in court at the time and place indicated, even if you wish to plead guilty.

**3. PLEA OF NOT GUILTY**

If you wish to plead not guilty, you must notify the court at the address and telephone number as shown below at least 7 days prior to the court date listed on the front of this ticket. If you fail to notify the court, it may be necessary for you to make additional court appearances.

Send all payments to:

Business hrs.
8:30 AM to 4:00 PM
Mon. - Fri.

**Violations Bureau**
**Municipal Court of Newark**
**P.O. Box 160**
**Newark, NJ 07101**
**Phone: (973) 733-6520**
**8:30 AM to 4:00 PM Mon. - Fri. Only**

[illegible]
**www.njmcdirect.com**

**The Violations Bureau is located at:**
**31 GREEN STREET, NEWARK, NJ 07102**

**VIOLATIONS BUREAU HOURS: 8:30 AM to 4:00 PM**
**PHONE: (973) 733-6520**

**NOTICE**

IF YOU FAIL TO APPEAR [illegible] FOR THE PRESCRIBED [illegible] RESULT. A WARRANT MAY [illegible] YOUR DRIVING PRIVILEGES [illegible] THIS IS A PARKING TICKET [illegible] PRESCRIBED PENALTY [illegible] LIABILITY AND A DEFAULT [illegible] THE OWNER OF THE VEHICLE.

EXCEPT FOR A PARKING [illegible] WILL BE SENT TO THE [illegible] ISSUED YOUR LICENSE [illegible] HOLD A COMMERCIAL DRIVER [illegible] OF TWO OR MORE SERIOUS [illegible] DEPENDING ON YOUR [illegible] DRIVING PRIVILEGES EVEN IF [illegible] WERE COMMITTED IN A NON-COMMERCIAL [illegible] OF THE OFFENSE [illegible]

PLEASE NOTIFY COURT OF DISABILITY ACCOMMODATION NEEDS.

DO NOT FOLD

**FROM:**

PUT STAMP HERE
POST OFFICE WILL
NOT DELIVER
WITHOUT
POSTAGE

**<u>FIRST CLASS MAIL</u>**

**MAIL TO:**

**MUNICIPAL COURT OF NEWARK**
**P.O. BOX 160**
**NEWARK, NEW JERSEY 07101-0160**

REMOVE TO EXPOSE ADHESIVE

REMOVE TO EXPOSE ADHESIVE

COURT I.D. 0714 PREFIX AU TICKET NUMBER 919138

MUNICIPAL COURT OF NEWARK
31 GREEN STREET
NEWARK, NJ 07102

YOU ARE HEREBY SUMMONED TO APPEAR BEFORE THIS COURT TO ANSWER THIS COMPLAINT CHARGING YOU WITH THE OFFENSE LISTED:

DRIVER'S LICENSE NUMBER: C4767 57744 05762
EXP. DATE: 8/13 STATE: NJ ☐ Commercial License

THE UNDERSIGNED CERTIFIES THAT

Name: Miguel A. Cedeno (First / Initial / Last) (Please Print)
Address: 130 3RD AVENUE 1ST FLR.
City: Newark State: NJ Zip Code: 07104
Birth Date: 5/25/76 Eyes: BN Sex: M Weight: Height: 5'8" Telephone
Restrictions

DID UNLAWFULLY (PARK) (OPERATE) A

Make of Vehicle: Chevy Year: 04 Body Type: VAN Color: White
Lic. Plate No.: N/A State: N/A Exp. Date: N/A
☐ Commercial Vehicle ☐ Omnibus ☐ Hazardous Material ☐ Out of Service
OFFENSE DATE: Month 2 Day 22 Year 12
Time Hour 11:30 AM/PM
LOCATION OF OFFENSE — Describe Location: Clifton Ave & Victoria Ave.
Municipality: Newark County: Essex Mun. Code (Offense): 0714

AND DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE (ONE CHARGE PER COMPLAINT)

TRAFFIC OFFENSES - (check one) - TITLE 39:

1. 3-4 Unregistered vehicle
2. 3-29 Failure to exhibit documents ☐D.L. or ☐REG or ☐INS
3. 3-33 Unclear plates
4. 3-66 Maintenance of lamps
5. 3-76.2f Failure to wear seatbelt
6. 4-81 Failure to observe signal
7. 4-85 Improper passing
8. 4-97 Careless driving
9. 4-124 Failure to turn
10. 4-144 Failure to stop or yield
11. 8-1 Failure to inspect
12. 8-4 Failure to make repairs
13. 4-98 Speeding ______ MPH in a ______ MPH zone

IN EXCESS OF SPEED LIMIT BY: ☐1-9 MPH ☐10-14 MPH ☐15-19 MPH ☐20-24 MPH ☐25-29 MPH ☐30-34 MPH ☐ 65 MPH Zone ☐ Safe Corridor ☐ Construction Zone

PARKING OFFENSE
☐ Overtime Meter No. ______ ☐ Prohibited Area ☐ Double

OTHER TRAFFIC / PARKING OFFENSE (Describe): NO SEATBELT
Statute No.: 39:3-76.2F Ordinance Code No.

THE UNDERSIGNED FURTHER STATES THAT THERE ARE JUST AND REASONABLE GROUNDS TO BELIEVE THAT YOU COMMITTED THE ABOVE OFFENSE AND WILL FILE THIS COMPLAINT IN THIS COURT CHARGING YOU WITH THAT OFFENSE.

Signature of Complaining Witness: [signature] Month 2 Day 22 Year 12
Officer's ID No. 7859

NOTICE TO APPEAR
☐ COURT APPEARANCE REQUIRED — COURT DATE Month Day Year Time Hour AM/PM

☐ Accident ☐ Property Damage ☐ Personal Injury ☐ Death/Serious Bodily Injury

CONDITIONS
AREA ☐Business ☐School ☒Residential ☐Rural
ROAD ☒Dry ☐Wet ☐Snow ☐Ice
TRAFFIC ☐Light ☐Medium ☐Heavy ☐
VISIBILITY ☐Clear ☐Rain ☐Snow ☐Fog

Equipment ☐ Helicopter ☐ Pace ☐ Speed Measurement Device ☐ EBTD
Equipment Operator's Name / Operator's ID No. / Unit Code

COMPLAINT-SUMMONS

Plo L. Oyola

NO plates

UTT-1 (9-04)

"IMPORTANT"
FINE SCHEDULE AND WAIVER ON REVERSE SIDE
COMPLAINT-SUMMONS

#1853

No. AU 919138

DO NOT FOLD ENVELOPE

**1. PAYMENT AND GUILTY PLEA** **PLEASE READ CAREFULLY**

You may plead guilty and pay the penalty, if the check box [illegible] has not been checked on the reverse side and the offense is payable without the necessity of [illegible]. The more frequently charged payable offenses and penalties are listed below. You may also either [illegible] to determine if the offense is payable and the amount of the penalty or telephone court. If you [illegible] to pay the penalty, bring or mail this ticket, together with payment in the amount of the penalty, to the court at the [illegible] prior to the court date displayed on the front of this ticket.

Payments by mail are to be by check or money order made payable to this Municipal Court. <u>Do not send cash</u>. ***Please print the ticket number on the front of the check or money order.*** If payment is received by the court after your court date, you may be assessed additional penalties. A receipt will be sent to you only if your payment is accompanied by a self-addressed stamped envelope.

**2. OFFENSE IS NOT PAYABLE OR COURT APPEARANCE REQUIRED**

If the offense charged on the reverse is not payable, or if "Court Appearance Required" (see check box on reverse side) is checked, you must appear in court at the time and place indicated, even if you wish to plead guilty.

**3. PLEA OF NOT GUILTY**

If you wish to plead not guilty, you must notify the court at the address and telephone number as shown below at least 7 days prior to the court date listed on the front of this ticket. If you fail to notify the court, it may be necessary for you to make additional court appearances.

Send all payments to:

Business hrs.
8:30 AM to 4:00 PM
Mon. - Fri.

**Violations Bureau**
**Municipal Court of Newark**
**P.O. Box 160**
**Newark, NJ 07101**
**Phone: (973) 733-6520**
**8:30 AM to 4:00 PM Mon. - Fri. Only**

[illegible] for more information, log on to
www.njmcdirect.com

**The Violations Bureau is located at:**
**31 GREEN STREET, NEWARK, NJ 07102**

**VIOLATIONS BUREAU HOURS: 8:30 AM to 4:00 PM**
**PHONE: (973) 733-6520**

**NOTICE**

[illegible] TO THIS SUMMONS OR TO [illegible] ADDITIONAL PENALTIES MAY [illegible] WARRANT MAY BE ISSUED FOR YOUR ARREST AND [illegible] NEW JERSEY MAY BE REVOKED. IF [illegible] FAILURE TO APPEAR OR PAY THE [illegible] CONSIDERED AN ADMISSION OF [illegible] MAY BE ENTERED AGAINST [illegible]

[illegible] A RECORD OF THIS CONVICTION [illegible] TO THE MOTOR VEHICLE COMMISSION (MVC) THAT [illegible] EFFECTIVE SEPTEMBER 30, 2005, IF YOU [illegible] LICENSE AND YOU ARE CONVICTED [illegible] TRAFFIC VIOLATIONS, THE MVC MAY, [illegible] YOUR RECORD, SUSPEND YOUR COMMERCIAL [illegible] EVEN IF THE VIOLATIONS WERE COMMITTED IN A NON-COMMERCIAL MOTOR VEHICLE. FOR MORE INFORMATION, [illegible] WWW.NJMVC.GOV

PLEASE NOTIFY COURT OF DISABILITY ACCOMMODATION NEEDS.

**FROM:**

____________________

____________________

____________________

PUT STAMP HERE
POST OFFICE WILL
NOT DELIVER
WITHOUT
POSTAGE

**<u>FIRST CLASS MAIL</u>**

DO NOT FOLD

**MAIL TO:**

# MUNICIPAL COURT OF NEWARK
# P.O. BOX 160
# NEWARK, NEW JERSEY 07101-0160

REMOVE TO EXPOSE ADHESIVE

REMOVE TO EXPOSE ADHESIVE

COURT I.D. 0714 | PREFIX AU | TICKET NUMBER 919139

MUNICIPAL COURT OF NEWARK
31 GREEN STREET
NEWARK, NJ 07102

YOU ARE HEREBY SUMMONED TO APPEAR BEFORE THIS COURT TO ANSWER THIS COMPLAINT CHARGING YOU WITH THE OFFENSE LISTED:

DRIVER'S LICENSE NUMBER: L4767 57661 05762 | EXP. DATE: 8/13 | STATE: NJ | ☐ Commercial License

THE UNDERSIGNED CERTIFIES THAT

Name (First, Initial, Last) (Please Print): MANUEL A. LIZARDO
Address: 130 31D AVE 1st FLR
City: Newark | State: NJ | Zip Code: 07104 | Telephone
Birth Date: 5/25/76 | Eyes: BN | Sex: M | Weight | Height: 5'8" | Restrictions

DID UNLAWFULLY (PARK) (OPERATE) A

Make of Vehicle: CHEVY | Year: 04 | Body Type: VAN | Color: White | ☐ Commercial Vehicle ☐ Omnibus
Lic. Plate No.: N/A | State: N/A | Exp. Date: N/A | ☐ Hazardous Material ☐ Out of Service

OFFENSE DATE: Month 2 | Day 22 | Year 12 | Time Hour 11:30 AM/PM

LOCATION OF OFFENSE: Describe Location: 11th Ave & Victoria Ave
Municipality: Newark | County: Essex | Mun. Code (Offense): 0714

AND DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE (ONE CHARGE PER COMPLAINT)

TRAFFIC OFFENSES - (check one) - TITLE 39:

- ☑ [1] 3-4 Unregistered vehicle
- [2] 3-29 Failure to exhibit documents ☐ D.L. or ☐ REG or ☐ INS
- [3] 3-33 Unclear plates
- [4] 3-66 Maintenance of lamps
- [5] 3-76.2f Failure to wear seatbelt
- [6] 4-81 Failure to observe signal
- [7] 4-85 Improper passing
- [8] 4-97 Careless driving
- [9] 4-124 Failure to turn
- [10] 4-144 Failure to stop or yield
- [11] 8-1 Failure to inspect
- [12] 8-4 Failure to make repairs
- [13] 4-98 Speeding ______ MPH in a ______ MPH zone

IN EXCESS OF SPEED LIMIT BY:

☐ 1-9 MPH ☐ 10-14 MPH ☐ 15-19 MPH ☐ 20-24 MPH ☐ 25-29 MPH ☐ 30-34 MPH
☐ 65 MPH Zone ☐ Safe Corridor ☐ Construction Zone

PARKING OFFENSE

☐ Overtime Meter No.______ ☐ Prohibited Area ☐ Double

OTHER TRAFFIC / PARKING OFFENSE (Describe): NO Registration

Statute No.: 39:3-4 | Ordinance Code No.

THE UNDERSIGNED FURTHER STATES THAT THERE ARE JUST AND REASONABLE GROUNDS TO BELIEVE THAT YOU COMMITTED THE ABOVE OFFENSE AND WILL FILE THIS COMPLAINT IN THIS COURT CHARGING YOU WITH THAT OFFENSE. | Month 2 | Day 22 | Year 12

Signature of Complaining Witness: [signature] | Officer's ID No. 7857

NOTICE TO APPEAR

☐ COURT APPEARANCE REQUIRED | COURT DATE | Month | Day | Year | Time Hour AM/PM

☐ Accident ☐ Property Damage ☐ Personal Injury ☐ Death/Serious Bodily Injury

| CONDITIONS | | | | | |
|---|---|---|---|---|---|
| AREA | ☐ Business | ☐ School | ☐ Residential | ☐ Rural |
| ROAD | ☑ Dry | ☐ Wet | ☐ Snow | ☐ Ice |
| TRAFFIC | ☑ Light | ☐ Medium | ☐ Heavy | ☐ |
| VISIBILITY | ☑ Clear | ☐ Rain | ☐ Snow | ☐ Fog |

Equipment: ☐ Helicopter ☐ Pace ☐ Speed Measurement Device ☐ EBTD

Equipment Operator's Name | Operator's ID No. | Unit Code

COMPLAINT-SUMMONS UTT1 (9-04)

p/o L. Ayala 7857

NO ...S

"IMPORTANT" FINE SCHEDULE AND WAIVER ON REVERSE SIDE

COMPLAINT-SUMMONS

No. AU 919139

Case 2:23-cv-00696-CCC-JRA Document 1-1 Filed 02/09/23 Page 10 of 10 PageID: 50

DO NOT FOLD ENVELOPE

## PLEASE READ CAREFULLY

**1. PAYMENT AND GUILTY PLEA**

You may plead guilty and pay the penalty, if the check box "Court Appearance Required" has not been checked on the reverse side and the offense is payable without the necessity of a court appearance. The more frequently charged payable offenses and penalties are listed below. You may also either sign on to www.njmcdirect.com to determine if the offense is payable and the amount of the penalty or telephone court. If you wish to pay the penalty, bring or mail this ticket together with payment in the amount of the penalty, to the court at the address indicated below prior to the court date displayed on the front of this ticket.

**Payments by mail are to be by check or money order made payable to this Municipal Court. <u>Do not send cash</u>. *Please print the ticket number on the front of the check or money order.* If payment is received by the court after your court date, you may be assessed additional penalties. A receipt will be sent to you only if your payment is accompanied by a self-addressed stamped envelope.**

**2. OFFENSE IS NOT PAYABLE OR COURT APPEARANCE REQUIRED**

**If the offense charged on the reverse is not payable, or if "Court Appearance Required" (see check box on reverse side) is checked, you must appear in court at the time and place indicated, even if you wish to plead guilty.**

**3. PLEA OF NOT GUILTY**

If you wish to plead not guilty, you must notify the court at the address and telephone number as shown below at least 7 days prior to the court date listed on the front of this ticket. If you fail to notify the court, it may be necessary for you to make additional court appearances.

**Send all payments to:**

**Business hrs.**
**8:30 AM to 4:00 PM**
**Mon. - Fri.**

**Violations Bureau**
**Municipal Court of Newark**
**P.O. Box 160**
**Newark, NJ 07101**
**Phone: (973) 733-6520**
**8:30 AM to 4:00 PM Mon. - Fri. Only**

[illegible]

www.njmcdirect.com

**The Violations Bureau is located at:**
**31 GREEN STREET, NEWARK, NJ 07102**

**VIOLATIONS BUREAU HOURS: 8:30 AM to 4:00 PM**
**PHONE: (973) 733-6520**

**<u>NOTICE</u>**

IF YOU FAIL TO APPEAR IN RESPONSE TO THIS SUMMONS OR TO PAY THE PRESCRIBED PENALTY, ADDITIONAL PENALTIES MAY RESULT. A WARRANT MAY BE ISSUED FOR YOUR ARREST AND YOUR DRIVING PRIVILEGES, IF NEW JERSEY, MAY BE REVOKED. IF THIS IS A PARKING TICKET, YOUR FAILURE TO APPEAR OR PAY THE PRESCRIBED PENALTY SHALL BE CONSIDERED AN ADMISSION OF LIABILITY AND A DEFAULT JUDGMENT MAY BE ENTERED AGAINST THE OWNER OF THE VEHICLE.

EXCEPT FOR A PARKING TICKET, A RECORD OF THIS CONVICTION WILL BE SENT TO THE MOTOR VEHICLE COMMISSION (MVC) THAT ISSUED YOUR LICENSE. EFFECTIVE SEPTEMBER 30, [illegible] IF YOU HOLD A COMMERCIAL DRIVER'S LICENSE AND YOU ARE CONVICTED OF TWO OR MORE SERIOUS TRAFFIC VIOLATIONS, THE MVC MAY, DEPENDING ON YOUR RECORD, SUSPEND YOUR COMMERCIAL DRIVING PRIVILEGES, EVEN IF THE VIOLATIONS WERE COMMITTED IN A NON-COMMERCIAL MOTOR VEHICLE. FOR MORE INFORMATION, VISIT THE OFFICIAL [illegible] WEB SITE AT WWW.NJMVC.GOV.

**PLEASE NOTIFY COURT OF DISABILITY ACCOMMODATION NEEDS.**

DO NOT FOLD

**FROM:**

____________________
____________________
____________________

PUT STAMP HERE
POST OFFICE WILL
NOT DELIVER
WITHOUT
POSTAGE

**<u>FIRST CLASS MAIL</u>**

**MAIL TO:**

**MUNICIPAL COURT OF NEWARK**
**P.O. BOX 160**
**NEWARK, NEW JERSEY 07101-0160**