JS 44 (Ecw.7/95)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM).

## I. PLAINTIFF
**Newark Violation Bureau**
31 Green Street
Newark, New Jersey 07102

## DEFENDANT
**The United States of America**
**United States Postal Service**
970 Broad Street, Suite 700
Newark, New Jersey 07102

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: **Essex**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Essex County Prosecutor's Office
Veteran's courthouse
50 West Market Street
Newark, New Jersey 07102

ATTORNEYS (IF KNOWN)
United States Attorney's Office, 970 Broad St., Suite 700,
Newark, New Jersey 07102 (973) 645-2829

## II. BASIS OF JURISDICTION (PLACE "X" IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (FOR DIVERSITY CASES ONLY)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ]1 | [ ]1 | Incorporated or Principal Place | [ ]4 | [ ]4 |
| Citizen of Another State | [ ]2 | [ ]2 | Incorporated and Principal Place of Business in Another State | [ ]5 | [ ]5 |
| Citizen or Subject of a Foreign Cntry | [ ]3 | [ ]3 | Foreign Nation | [ ]6 | [ ]6 |

## IV. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUES |
|---|---|---|---|---|---|
| | **PERSONAL INJURY** | **PERSONAL INJURY** | | | |
| [] 110 Insurance | [] 310 Airplane | [] 362 Personal Injury Med. Malpractice | [] 610 Agriculture | [] 422 Appeal 28 U.S.C. 158 | [] 400 State Reapportionment |
| [] 120 Marine | [] 315 Airplane Product Liability | [] 365 Personal Injury Product Liability | [] 620 Other Food & Drug | [] 423 Withdrawal 28 U.S.C. 157 | [] 410 Antitrust |
| [] 130 Miller Act | [] 320 Assault, Libel & Slander | [] 368 Asbestos Personal Injury Prod. Liab. | [] 625 Drug Related Seizure at Property 21 U.S.C. 881 | | [] 430 Banks and Banking |
| [] 140 Negotiable Instrument | [] 330 Federal Employers' Liability | | [] 630 Liquor Laws | **PROPERTY RIGHTS** | [] 450 Commerce/ICC Rates/etc |
| [] 150 Recovery of Overpayment & Enforcement of Judgment | [] 340 Marine | **PERSONAL PROPERTY** | [] 640 R.R. & Truck | | [] 460 Deportation |
| [] 151 Medicare Act | [] 345 Marine Product Liability | [] 370 Other Fraud | [] 650 Airline Regs. | | |
| [] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [] 350 Motor Vehicle | [] 371 Truth in Lending | [] 660 Occupational Safety/Health | [] 820 Copyrights | [] 470 Racketeer Influenced Corrupt Organizations |
| [] 153 Recovery of Overpayment at Veteran's Benefits | [] 355 Motor Vehicle Product Liability | [] 380 Other Personal Property Damage | [] 690 Other | [] 830 Patent | [] 810 Selective Service |
| [] 160 Stockholders' Suits | [] 360 Other Personal Injury | [] 385 Property Damage Prod. Product Liability | | [] 840 Trademark | [] 850 Securities/ Commodities/ Exchange |
| [] 190 Other Contract | | | | | [] 875 Customer Challenge 12 U.S.C. 3140 |
| [] 195 Contract Product Liability | | | **LABOR** | **SOCIAL SECURITY** | |
| | | | [] 710 Fair Labor Standards Act | [] 861 HIA (1395ff) | [] 891 Agricultural Acts |
| | | | | [] 862 Black Lung(923) | [] 892 Economic Stabilization Act |
| | | | [] 720 Labor/Mgmt. Relations | [] 863 DIWC/DIWW (405(g)) | [] 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITION** | [] 730 Labor/Mgmt. Reporting & Disclosure Act | [] 864 SSID Title XVI | [] 894 Energy Allocation Act |
| | | | | [] 865 RSI (405(g)) | [] 895 Freedom of Information Act |
| [] 210 Land Condemnation | [] 441 Voting | [] 510 Motions to Vacate Sentence Habeas Corpus: | [] 740 Railway Labor Act | | [] 900 Appeal of Fee Determ. Under Equal Access to Justice |
| [] 220 Foreclosure | [] 442 Employment | | | **FEDERAL TAX SUITS** | |
| [] 230 Rent Lease & Ejectment | [] 443 Housing/Accommodations | [] 530 General | [] 790 Other Labor Litigation | | [] 950 Constitutionality of State Statutes |
| [] 240 Torts to Land | [] 444 Welfare | [] 535 Death Penalty | [] 791 Empl. Ret. Inc. Security Act | [] 870 Taxes (U.S. Plaintiff or Defendant) | [] 890 Other Statutory Actions Medicarre Payment |
| [x] 290 All Other Real Property | [] 440 Other Civil Rights | [] 540 Mandamus & Other | | [] 871 IRS - Third Party 26 U.S.C. 7609 | |
| | | [] 550 Other (including 1983 Actions) | | | |

## VI. ORIGIN
- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
[] UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:

## VII. RELATED CASE(S) IF ANY: (See instructions) None

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| March 19, 2012 | /s / Jordan M. Anger |

Jordan M. Anger, Assistant U.S. Attorney