**CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NEWARK VIOLATIONS BUREAU,** Plaintiff(s), v. **UNITED STATES POSTAL SERVICE,** Defendant(s). | Civil Action No.: 12-1696 (CCC) **ORDER DISMISSING CASE** pursuant to L. Civ. R. 41.1 |

It appearing to the Court that the above case has been pending for more than four months without any proceeding having been taken therein, and no objection having been entered at a call of the calendar,

**It is on this 14th day of AUGUST, 2012;**

O R D E R E D  that the above case be and the same hereby is dismissed in accordance with L. Civ. R. 41.1 without prejudice and without cost to either party.

*/s/ Claire C. Cecchi*
**HON. CLAIRE C. CECCHI**
United States District Judge